**MANUFACTURERS' NATIONAL BANK, Respondent, Appellant, v. MURPHY, GORMAN & WATERHOUSE, Inc., Petitioner, Appellee.**

Circuit Court of Appeals, First Circuit.
October 17, 1929.

No. 2385.

See, also, 30 F.(2d) 389.

Harry T. Talty, of Boston, Mass., for appellant.

Harry Shapiro, of Boston, Mass., for appellee.

Before BINGHAM, ANDERSON, and WILSON, Circuit Judges.

PER CURIAM. The petition for appeal is denied.